IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSHUA TODD WOOLRIDGE,

    Plaintiff,                      No. CIV S-09-1846 GGH P

    vs.

PARWANA ANWAR,

    Defendant.                   ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in forma pauperis.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

        In this case, the defendant(s) are located and the claim arose in Riverside County, which is in the Central District of California. Therefore, plaintiff's claim should have been filed

1

1 | in the United States District Court for the Central District of California.  In the interest of justice,

2 | a federal court may transfer a complaint filed in the wrong district to the correct district.  <u>See</u> 28

3 | U.S.C. § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d 918, 932 (D.C. Cir. 1974).

4 |       Accordingly, IT IS HEREBY ORDERED that:

5 |       1.  This court has not ruled on plaintiff's request to proceed in forma pauperis; and

6 |       2.  This matter is transferred to the United States District Court for the Central

7 | District of California.

8 | DATED: July 21, 2009

9 |

10 |       /s/ Gregory G. Hollows

11 |       GREGORY G. HOLLOWS
      UNITED STATES MAGISTRATE JUDGE

12 | GGH:kly
wool1846.21a

2